**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

SALVATORE J. SOWELL,

      **Plaintiff,**

      **v.**

THE FRANKLIN COUNTY SHERIFF'S
ADMIN., *et al.*,

      **Defendants.**

                      **Case Number 2:26-cv-378
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on April 1, 2026. (ECF No. 4.) The Magistrate Judge recommends that the Court deny Plaintiff Salvatore J. Sowell's motion for leave to proceed *in forma pauperis* (ECF No. 1) and order Plaintiff to pay the required filing fee of $405. (ECF No. 4.)

In March 2026, Plaintiff, an Ohio inmate proceeding *pro se*, sued Defendants Franklin County Sheriff's Admin.; Franklin County, Ohio; and State of Ohio under 42 U.S.C. § 1983. (ECF No. 1-1.) He also moved for leave to proceed *in forma pauperis.* (ECF No. 1.)

The Magistrate Judge explained that Congress has restricted a prisoner's right to proceed *in forma pauperis* through 28 U.S.C. § 1915(g), which provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

(ECF No. 4, PageID 22.)

The Magistrate Judge determined that Plaintiff is a "three striker" as contemplated in § 1915(g) due to at least three lawsuits he filed that have been dismissed as frivolous or for

failure to state a claim pursuant to 28 U.S.C. § 1915(e). (ECF No. 4, PageID 23 (citing *Sowell v. United States of America*, Case No. 2:23-cv-1683; *Sowell v. The Huntington Bank*, Case No. 2:23-cv-4250; *Sowell v. United States of America, et al.*, Case No. 2:25-cv-3).) As such, the Magistrate Judge explained that Plaintiff may not proceed *in forma pauperis* unless he falls within the exception set forth in § 1915(g), which applies to prisoners who are "under imminent danger of serious physical injury." (*Id.*) The Magistrate Judge concluded that Plaintiff's filings do not plausibly allege he meets this statutory exception. (*Id.*)

Accordingly, the Magistrate Judge recommended that the Court (1) deny Plaintiff's motion for leave to proceed *in forma pauperis*; (2) order Plaintiff to pay the full $405 filing fee within 30 days of the date of the Court's Order adopting the Report and Recommendation; (3) advise Plaintiff that his failure to timely pay the full $405 filing fee within 30 days will result in the dismissal of this action; and (4) certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation would not be taken in good faith. (ECF No. 4, PageID 23–24.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a *de novo* determination by the district court of any issues addressed in the report and recommendation. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

2

Plaintiff was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so. (ECF No. 4, PageID 24.) Plaintiff did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** (ECF No. 4) the Magistrate Judge's Report and Recommendation. The Court **DENIES** (ECF No. 1) Plaintiff Salvatore J. Sowell's motion for leave to proceed *in forma pauperis*. Plaintiff is **ORDERED** to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) required to commence this action **WITHIN 30 DAYS** of the date of this Order. Plaintiff is **ADVISED** that his failure to timely pay the full $405 fee within 30 days will result in the dismissal of this action. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff Salvatore J. Sowell at 2551 Fisher Road, Columbus, Ohio 43204.

This case remains open.

**IT IS SO ORDERED.**

**6/4/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

3