**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SALVATORE J. SOWELL,**

**Plaintiff,**

**v.**

**THE FRANKLIN COUNTY SHERIFF'S ADMIN., *et al.*,**

**Defendants.**

**Case Number 2:26-cv-378**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the Court's Order dated June 4, 2026, adopting and affirming the Magistrate Judge's Report and Recommendation. (ECF No. 6.) The Court denied Plaintiff Salvatore J. Sowell's motion for leave to proceed *in forma pauperis* and ordered Plaintiff to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) required to commence this action within 30 days. (*Id.* PageID 28.) The Court advised Plaintiff that his failure to timely pay the full $405 fee within 30 days will result in the dismissal of this action. (*Id.*) More than 30 days have passed since the Court's June 4, 2026 Order, and Plaintiff has failed to pay the filing fee.

District courts have the power to dismiss civil actions *sua sponte* for lack of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). And "Rule 41(b) of the Federal Rules of Civil Procedure gives courts the authority to dismiss a case for 'failure of the plaintiff to prosecute or to comply with these rules or any order of the court.'" *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 362–63 (6th Cir. 1999).

Here, Plaintiff's failure to pay the filing fee, comply with the Court's Order (ECF No. 6),

and prosecute his case warrant dismissal under Federal Rule of Civil Procedure 41(b). The Court warned Plaintiff that failing to pay the filing fee on time would result in dismissal. (ECF No. 6, PageID 28.) Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this case for lack of prosecution and failure to comply with a court order.

The Clerk is **DIRECTED** to enter judgment and close this case. The Clerk is further **DIRECTED** to mail a copy of this Order to Plaintiff Salvatore J. Sowell at 2551 Fisher Road, Columbus, Ohio 43204.

**IT IS SO ORDERED.**

**8/3/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**